*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**DAVID HENRY BELCHER**          Case No. **13-32684**
         Chapter 7

     Debtors.

     **MICHAEL H. FITZPATRICK, TRUSTEE,**

         Plaintiff,

vs.          Adversary Proceeding No. 14-ap-03006

     **REBECCA VERNELLE FULLER,**

     Defendant.

## STIPULATION OF DISMISSAL

**COMES NOW** the Plaintiff to the above captioned action, by counsel designated below, and announces that following an approved motion to sell property in the underlying Bankruptcy proceeding, there are no other outstanding issues amongst the parties in this adversary action. Therefore, the Plaintiff hereby stipulates to dismiss the Adversary Action captioned above pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(i) with prejudice to the refiling of the same.

Respectfully submitted,

MICHAEL H. FITZPATRICK, TRUSTEE

*/s/ Ryan E. Jarrard*
BPR No. 024525
**QUIST, CONE & FISHER, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-2121
(865) 524-1873 ext. 232
rej@qcflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the **19th day of May 2014**, a copy of the foregoing Document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties listed below will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Doris Matthews
400 Main Street
Madisonville, TN 37354

*/s/ Ryan E. Jarrard*
Attorney

2